

11/05/2020

J. BRATTON DAVIS UNITED STATES

1100 LAUREL STREET
COLUMBIA, SC, 29201

RE: **Withdrawal of Claim**
    LUCRETIA A CARTER (Debtor(s))

    Bankruptcy Case No. 20-03889

Dear Court Clerk:

Please withdraw claim number 7 in the amount of $21,076.12 from the above-referenced bankruptcy case number. The claim was filed by Navy Federal Credit Union on 11/04/2020.

Thank you for your attention to this matter.

Sincerely,

Collections Department
Navy Federal Credit Union



**Federally insured by NCUA.**
© 2017 Navy Federal NFCU 40165-CO-BKCCCLWTHDPOC (5-17)          PO Box 3000  Merrifield VA  22119-3000